UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA L. WATSON,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>LOUIS KOMJATHY,<br><br>　　　　　　　　　Defendant. | Case No.: 20-CV-476-CAB-WVG<br><br>**ORDER DENYING MOTION TO DISMISS**<br><br>[Doc. No. 6] |

　　　The complaint in this action asserts three claims under California state law: (1) violation of the Ralph Civil Rights Act (Cal. Civ. Code § 51.7); (2) violation of the Bane Civil Rights Act (Cal. Civ. Code § 52.1); and (3) intentional infliction of emotional distress. Defendant moves to dismiss only the two statutory claims[1] based primarily on evidence outside of the complaint that he believes defeats these claims. Moreover, the motion relies primarily on cases addressing claims under these statutes on summary judgment or after trial. As this is a motion to dismiss, however, the Court "accept[s] factual allegations in

---

[1] Although the motion argues only for dismissal of the statutory claims, in the conclusion of the motion Defendant asks the Court to dismiss the complaint in its entirety without leave to amend. [Doc. 6-1 at 16.] The reply, however, corrects this apparent error and asks only for dismissal of the first two claims. [Doc. No. 10 at 10.]

1

the complaint as true and construe[s] the pleadings in the light most favorable to the nonmoving party." *Manzarek v. St. Paul Fire & Marine Ins. Co.*, 519 F.3d 1025, 1031 (9th Cir. 2008). Applying this standard, the Court finds that the allegations in the complaint related to the two statutory claims are "plausibly suggestive of [claims] entitling the plaintiff to relief." *Moss v. U.S. Secret Serv.*, 572 F.3d 962, 969 (9th Cir. 2009) (quotation marks omitted).

      Accordingly, Defendant's motion to dismiss is **DENIED.**

      It is **SO ORDERED**.

Dated: April 28, 2020

                                    Hon. Cathy Ann Bencivengo
                                    United States District Judge